**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   YOLANDA L PERRY                               §
                                                        §   Case No.: 09-22943
                                                        §
                                                        §
                                                        §
         Debtor(s)                                      §

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/24/2009.

2) This case was confirmed on 09/14/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/15/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 11/23/2011.

6) Number of months from filing to the last payment: 29

7) Number of months case was pending: 31

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $     1,700.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

```
================================================================================
  Receipts:
          Total paid by or on behalf of the debtor         $    13,430.00
          Less amount refunded to debtor                   $       560.70
  NET RECEIPTS                                             $    12,869.30
================================================================================


================================================================================
  Expenses of Administration:

          Attorney's Fees Paid through the Plan            $     3,500.00
          Court Costs                                      $           .00
          Trustee  Expenses and Compensation               $       738.95
          Other                                            $           .00

  TOTAL EXPENSES OF ADMINISTRATION                         $     4,238.95

  Attorney fees paid and disclosed by debtor               $           .00
================================================================================


================================================================================
  Scheduled Creditors:

  Creditor              Claim         Claim         Claim        Principal      Int.
   Name        Class    Scheduled     Asserted      Allowed       Paid          Paid

  ROUNDUP FUNDING LLC   UNSECURED       325.00       325.02       325.02        148.39       .00
  DIRECT SECURITY SERV  UNSECURED     1,600.00           NA           NA           .00       .00
  CITY OF CHICAGO DEPT  UNSECURED     1,000.00       734.43       734.43        369.01       .00
  AT&T                  UNSECURED       253.00           NA           NA           .00       .00
  LVNV FUNDING          UNSECURED       325.00           NA           NA           .00       .00
  INGALLS MEMORIAL HOS  UNSECURED       202.00           NA           NA           .00       .00
  PURDUE UNIVERSITY     UNSECURED       780.00       780.20       780.20        392.00       .00
  NICOR GAS             UNSECURED        32.00           NA           NA           .00       .00
  PORTFOLIO RECOVERY A  UNSECURED     1,169.00     1,169.09     1,169.09        587.40       .00
  PORTFOLIO RECOVERY A  UNSECURED       717.00       667.41       657.41        330.32       .00
  TCF BANK              UNSECURED        14.00           NA           NA           .00       .00
  RIVERDALE PUBLIC LIB  UNSECURED        80.00           NA           NA           .00       .00
  VILLAGE OF RIVERDALE  UNSECURED       200.00           NA           NA           .00       .00
  VILLAGE OF RIVERDALE  UNSECURED       250.00           NA           NA           .00       .00
  VILLAGE OF RIVERDALE  UNSECURED       250.00           NA           NA           .00       .00
  VILLAGE OF RIVERDALE  UNSECURED       100.00           NA           NA           .00       .00
  VILLAGE OF RIVERDALE  UNSECURED       100.00           NA           NA           .00       .00
  VILLAGE OF RIVERDALE  UNSECURED        50.00           NA           NA           .00       .00
  ADVANCED SPINE SPORT  UNSECURED       198.00           NA           NA           .00       .00
  MCI                   UNSECURED       325.00           NA           NA           .00       .00
  STATE FARM MUTUAL     UNSECURED     7,304.00           NA           NA           .00       .00
  TITAN GROUP LLC       UNSECURED       400.00           NA           NA           .00       .00
  UPFRONTPAYDAY.COM     UNSECURED       520.00           NA           NA           .00       .00
================================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| RMI MCSI | UNSECURED | 641.00 | 950.00 | 950.00 | 477.33 | .00 |
| WASHINGTON MUTUAL PY | UNSECURED | 584.24 | NA | NA | .00 | .00 |
| WEB PAY DAY | UNSECURED | 406.25 | NA | NA | .00 | .00 |
| AT & T | UNSECURED | 172.00 | NA | NA | .00 | .00 |
| US BANK NA | SECURED | 5,125.00 | 8,263.64 | 8,116.00 | 3,856.41 | 812.06 |
| BAC HOME LOANS | SECURED | 68,912.00 | 75,537.07 | .00 | .00 | .00 |
| MUSIC & ARTS | SECURED | 50.00 | 697.76 | 588.00 | 435.00 | .00 |
| MUSIC & ARTS | UNSECURED | 537.80 | .00 | 109.76 | 55.16 | .00 |
| US BANK NA | UNSECURED | 2,991.00 | .00 | 147.64 | 60.01 | .00 |
| BAC HOME LOANS | SECURED | .00 | 8,511.78 | .00 | .00 | .00 |
| VATIV RECOVERY SOLUT | UNSECURED | NA | 2,011.91 | 2,011.71 | 1,010.76 | .00 |
| ROBERT J SEMRAD & AS | PRIORITY | NA | .00 | 96.50 | 96.50 | .00 |
| JACOBS IMPORTS INC | UNSECURED | NA | 1,320.64 | 1,320.64 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 8,116.00 | 3,856.41 | 812.06 |
| All Other Secured | 588.00 | 435.00 | .00 |
| **TOTAL SECURED:** | 8,704.00 | 4,291.41 | 812.06 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 96.50 | 96.50 | .00 |
| **TOTAL PRIORITY:** | 96.50 | 96.50 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 8,205.90 | 3,430.38 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,238.95 |
| Disbursements to Creditors | $ | 8,630.35 |
| **TOTAL DISBURSEMENTS:** | $ | 12,869.30 |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   01/20/2012               /s/ Tom Vaughn
                                  Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**